UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

RICHARD IVAN SMITH  CASE NUMBER:    07-12460
SSN: xxx-xx-4972  CHAPTER 13

KIMBERLY MARIE SMITH
SSN: xxx-xx-1637
Debtors

---

### NOTICE TO PARKVIEW HOSPITAL THAT $0.60 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Parkview Hospital, creditor herein, and deposits $0.60 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Parkview Hospital was:

    CBCA FKA
    Comprehensive Receivables Group
    P. O. Box 2503
    East Lansing, MI 48823

2. That the creditor did not cash the Trustee's disbursement check number 699666 dated August 1, 2011, in the amount of $0.60, and it has been voided.

3. That this case converted to Chapter 7 on June 6, 2011.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:    September 20, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   September 20, 2011

By U.S. Mail postage prepaid

Debtors: Richard and Kimberly Smith, 481 Wallen Hills Dr., Apt. 3, Fort Wayne, IN 46825-7030
Creditor: CBCA FKA, Comprehensive Receivables Group, P. O. Box 2503, East Lansing, MI 48823

By electronic mail via CM/ECF:
Debtors' Attorney: William E. Harris
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King